**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
  In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X) Certified copy of docket entries

(X) Certified copy of TRANSFERRAL ORDER

(X) Original case file documents

(X) Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
    In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X)     Certified copy of docket entries

(X)     Certified copy of TRANSFERRAL ORDER

(X)     Original case file documents

(X)     Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

May 3, 2004

United States District Court  
Northern District of Illinois  
219 South Dearborn Street  
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES  
In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X)   Certified copy of docket entries

(X)   Certified copy of TRANSFERRAL ORDER

(X)   Original case file documents

(X)   Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,  
RICHARD W. WIEKING, Clerk

by:  Felicia Brown  
Case Systems Administrator

Enclosures  
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
   In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X)   Certified copy of docket entries

(X)   Certified copy of TRANSFERRAL ORDER

(X)   Original case file documents

(X)   Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
    In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X)     Certified copy of docket entries

(X)     Certified copy of TRANSFERRAL ORDER

(X)     Original case file documents

(X)     Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the

Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
   In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X)   Certified copy of docket entries

(X)   Certified copy of TRANSFERRAL ORDER

(X)   Original case file documents

(X)   Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                         General Court Number
Clerk                                                                                                                                  415.522.2000

May 3, 2004

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: CV 03-05600 PJH GENEVA SPIRES-v-OCWEN FINANCIAL SERVICES
    In Re MDL 1604, In Re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    (X)    Certified copy of docket entries

    (X)    Certified copy of TRANSFERRAL ORDER

    (X)    Original case file documents

    (X)   Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the

Northern District of California case number at https://ecf.cand.uscourts.gov

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                            Sincerely,
                                            RICHARD W. WIEKING, Clerk


                                            by:  Felicia Brown
                                            Case Systems Administrator

Enclosures
Copies to counsel of record